BROWN v LTV AEROSPACE CORPORATION. (Docket No. 55499.) Rehearing denied. *John A. Fillion, Jordan Rossen, Edwin G. Fabré, Ralph O. Jones, Leonard R. Page, Anne M. Trebilcock, Marley S. Weiss,* and *M. Jay Whitman* for plaintiffs-appellants. *Dickson, Wright, McKean, Cudlip & Moon* for defendant-appellee LTV Aerospace Corporation. *Frank J. Kelley* Attorney General, *Robert A. Derengoski,* Solicitor General, and *George M. Blaty,* Assistant Attorney General, for defendant-appellee Michigan Employment Security Commission. Reported at 394 Mich 702.

PEOPLE v BAUER. (Docket No. 57083.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Peter E. Deegan,* Prosecuting Attorney, and *Peter R. George,* Chief Appellate Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 395 Mich 96.

PEOPLE v TORRES (PEOPLE v SIMPSON, PEOPLE v COTTON, and PEOPLE v ANDERSON). (Docket Nos. 57005, 57009, 57110, and 57112.) Rehearing denied. State Appellate Defender for defendants-appellants. Reported at 395 Mich 96.

PEOPLE v ADKINS. (Docket No. 57067.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *Judd R. Spray,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 395 Mich 96.

PEOPLE v PLEASANTS. (Docket No. 57088.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William F. Delhey,* Prosecuting Attorney, *John J. Hensel,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 395 Mich 96.